**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Thomas Haustveit and Donna Haustveit, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | Case No. 4:08-cv-042 |
| Murex Petroleum Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is a "Stipulation of Dismissal" filed on December 9, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 12) and **ORDERS** that the case be dismissed with prejudice and without costs to any party pursuant to Rule 41(a)(1)(ii), of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 11th day of December, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court